3041802 – LRB/MLW                                   ARDC No. 6325949

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SALAH DAOUDI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| BCP TRANSPORTATION, INC., a | ) | |
| foreign corporation and THOMAS | ) | |
| PORTER, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS, BCP TRANSPORTATION, INC.'S, AND THOMAS PORTER'S
## EXHIBITS A THROUGH E TO NOTICE OF REMOVAL

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

32748:JMS

Attorney No. 41535

FILED
5/1/2019 10:04 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, SIXTH DISTRICT

SALAH DAOUDI,                          )
                                       )   No.  2019L066023
Plaintiff,                             )
                                       )
vs.                                    )
                                       )   Amount:  In Excess of Fifty Thousand
                                       )   Dollars ($50,000.00) plus costs of this
                                       )   suit
BCP TRANSPORTATION, INC. a foreign     )
corporation, and THOMAS PORTER,        )
                                       )
                                       )
Defendants.                            )   Return Date:
                                       )

### COMPLAINT

NOW COMES the Plaintiff, SALAH DAOUDI, by and through his attorneys, THE

VRDOLYAK LAW GROUP, LLC, and complaining of the Defendants, BCP

TRANSPORTATION, INC., a foreign corporation, and THOMAS PORTER, states as follows:

### COUNT I - SALAH DAOUDI v. BCP TRANSPORTATION, INC.

1.      That on or about May 3, 2017 and at all relevant times herein, the Defendant,

BCP TRANSPORTATION, INC., was a foreign corporation organized and licensed to do

business and existing under the laws of the State of Illinois.

2.      That aforesaid time and place, an employee and/or authorized and/or ostensible

agent of the Defendant, BCP TRANSPORTATION, INC., operated, controlled and drove a

motor vehicle, traveling westbound on South Street, attempting to turn right onto Oak Park

1



Avenue, in Tinley Park, Illinois.

3.      That at the aforesaid time and place, and at all relevant times herein, the Defendant, BCP TRANSPORTATION, INC., owned and maintained said motor vehicle then and there operated, controlled and driven by said employee and/or authorized and/or ostensible agent of the Defendant, THOMAS PORTER.

4.      That at the aforesaid time and place, and at all relevant times herein, said employee and/or ostensible agent of the Defendant, THOMAS PORTER, operated, controlled and drove said motor vehicle with the knowledge, consent and express and/or implied permission of the Defendant, BCP TRANSPORTATION, INC.

5.      That at the aforesaid time and place, and all relevant times herein, said employee and/or authorized and/or ostensible agent of the Defendant, THOMAS PORTER, operated, controlled and drove said motor vehicle within the permission of the Defendant, BCP TRANSPORTATION, INC.

6.      That at the aforesaid time and place, and at all relevant times herein, the Defendant, BCP TRANSPORTATION, INC., had a right of control over said employee and/or authorized and/or ostensible agent, THOMAS PORTER, in the operation of the aforesaid motor vehicle.

7.      That at the aforesaid time and place, and at all relevant times herein, said employee and/or authorized agent of the Defendant, THOMAS PORTER, was conducting himself in such a manner as to cause members of the general public, including the Plaintiff, SALAH DAOUDI, to believe that he was an employee and/or authorized agent of the Defendant, BCP TRANSPORTATION, INC.

2

8.      That at the aforesaid time and place, the Plaintiff, SALAH DAOUDI, operated and controlled a motor vehicle, traveling in a westbound direction on South Street, attempting to make a right turn onto northbound Oak Park Avenue, Illinois.

9.      That at the aforesaid time and place, the Defendant, BCP TRANSPORTATION, INC., as owner and principal through its agent, said employee and/or ostensible agent, THOMAS PORTER, did then and there drive said motor vehicle into a violent collision with the aforesaid motor vehicle then and there driven by the Plaintiff, SALAH DAOUDI.

10.     That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for his own safety and the safety of others; that care being commensurate with his age, intellect and mental capacity and with the physical circumstances existent at such time and place.

11.     That the aforesaid time and place, the Defendant, BCP TRANSPORTATION, INC., as owner and principal through its agent, said employee and/or authorized and/or ostensible agent, THOMAS PORTER, owed a duty to the Plaintiff, SALAH DAOUDI, and to the public generally to exercise due and proper care and caution in the operation of said motor vehicle.

12.     That at the aforesaid time and place, the Defendant, BCP TRANSPORTATION, INC., as owner and principal through its agent, said employee and/or authorized and/or ostensible agent, THOMAS PORTER, breached the aforesaid duty to the Plaintiff, SALAH DAOUDI, through one or more of the following acts and /or omissions:

   (a)     operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

   (b)     failed to keep said motor vehicle under proper and sufficient control;

(c)     operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured; vehicle code violation don't force to turn right from the right lane 11-801 of MVC

(d)     operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(e)     failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

(f)     failed to yield the right-of-way to plaintiff's vehicle in violation of 625 ILCS 5/11-901;

13.     As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, BCP TRANSPORTATION, INC., the Plaintiff, SALAH DAOUDI, suffered injuries and damages, of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, SALAH DAOUDI, demands judgment against the Defendant, BCP TRANSPORTATION, INC., for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs of this suit.

## COUNT II - SALAH DAOUDI vs. THOMAS PORTER

1.     That on or about May 3, 2017 and at all relevant times herein, the Defendant, THOMAS PORTER, maintained, drove and controlled a motor vehicle, traveling westbound on South Street, attempting to turn right onto Oak Park Avenue, in Tinley Park, Illinois.

2.     That at the aforesaid time, and at all relevant times herein the Plaintiff, SALAH DAOUDI, maintained and controlled a motor vehicle, traveling in a westbound direction on South Street, attempting to make a right turn onto northbound Oak Park Avenue, Illinois.

3.     That at the aforesaid time and place, and at all relevant times herein, the

4

Defendant did then and there drive his motor vehicle into a violent collision with the vehicle Plaintiff was in.

4.     That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for his own safety and the safety of others; that care being commensurate with his age, intellect and mental capacity and with the physical circumstances existent at such time and place.

5.     At the aforesaid time and place and at all relevant times herein, the Defendant owed a duty to the Plaintiff, and to the public generally, to exercise due and proper care and caution in the operation of the said motor vehicle.

6.     That at the aforesaid time and place and all relevant times herein, the Defendant breached the aforesaid duty to the Plaintiff through one or more of the following negligent and careless acts and/or omissions:

(a)    operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

(b)    failed to keep said motor vehicle under proper and sufficient control;

(c)    operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured;

(d)    operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(e)    failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

(f)    failed to yield the right-of-way to plaintiff's vehicle in violation of 625 ILCS 5/11-901; same one as count 1

7.     As a direct and proximate result of one or more of the aforesaid negligent and

5

careless acts and/or omissions of the Defendant, THOMAS PORTER, the Plaintiff, SALAH DAOUDI, suffered injuries and damages of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, SALAH DAOUDI, demands judgment against the Defendant, THOMAS PORTER, for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs of this suit.

Attorney for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC**
Attorney for Plaintiff
100 N. Riverside Plaza, Suite 2400
Chicago, IL 60606
312-482-8200

6

RULE 222 (b) AFFIDAVIT

I, the undersigned, am the Plaintiff in this case and under penalties provided by the law pursuant to section 1-109 of the Code of Civil procedure certify that the damages sought in this lawsuit does/~~does not~~ exceed Fifty Thousand Dollars. ($50,000.00)

3038946 – LRB/MLW

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SALAH DAOUDI,                                    )
                                                 )
    Plaintiff,                             )
                                                 )
v.                                               )  Case No.:
                                                 )
BCP TRANSPORTATION, INC. a foreign               )
Corporation, and THOMAS PORTER,                  )
                                                 )
    Defendants.                            )
                                                 )

## AFFIDAVIT OF BCP TRANSPORTATION, INC.

I, NANCY SPELSBERG, being duly sworn on oath, do offer and state that if I am called

upon to testify under oath, I could truly, competently and on personal knowledge, state:

1. I am the President of BCP TRANSPORTATION, INC.

2. BCP TRANSPORTATION, INC. is, and at the time of the alleged incident was, incorporated under the laws of the State of Wisconsin.

3. BCP TRANSPORTATION, INC.'s principal place of business is, and at the time of the alleged incident was, in Deerfield, Wisconsin.

4. Thomas Porter is, and at the time of the alleged incident was, an employee of BCP TRANSPORTATION, INC.

5. Thomas Porter is, and at the time of the alleged incident was, a citizen and resident of the State of Wisconsin.

**FURTHER AFFIANT SAYETH NOT.**

_____
NANCY SPELSBERG

Subscribed and Sworn to
Before me this 12 day
of June, 2019

_____(seal)

KRISTIN LINGLE
NOTARY
PUBLIC
STATE OF WISCONSIN

DEFENDANT'S
EXHIBIT
B

# Wisconsin Department of Financial Institutions
## Strengthening Wisconsin's Financial Future

Search for:
bcp transportation

| Search Records |

Search
Advanced Search
Name Availability

**Corporate Records**

Result of lookup for **B046225** (at 6/12/2019 12:09 PM )

# BCP TRANSPORTATION, INC.

You can: File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

---

### Vital Statistics

| | |
|---|---|
| **Entity ID** | B046225 |
| **Registered Effective Date** | 12/10/2001 |
| **Period of Existence** | PER |
| **Status** | Restored to Good Standing   Request a Certificate of Status |
| **Status Date** | 10/15/2012 |
| **Entity Type** | Domestic Business |
| **Annual Report Requirements** | Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |

---

### Addresses

| | |
|---|---|
| **Registered Agent Office** | NANCY T. SPELSBERG<br>1 GOLF DR<br>DEERFIELD , WI 53531-9451<br><br>File a Registered Agent/Office Update Form |
| **Principal Office** | 1 GOLF DR<br>DEERFIELD , WI 53531-9451 |

---

### Historical Information

**Annual Reports**

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 2018 | 000 | 0000 | online | database |
| 2017 | 000 | 0000 | online | database |
| 2016 | 000 | 0000 | online | database |
| 2015 | 000 | 0000 | online | database |
| 2014 | 000 | 0000 | online | database |
| 2013 | 000 | 0000 | online | database |
| 2012 | 000 | 0000 | online | database |
| 2010 | 000 | 0000 | online | database |
| 2009 | 000 | 0000 | online | database |



Case: 1:19-cv-04072 Document #: 1-1 Filed: 06/18/19 Page 11 of 24 PageID #:8

| 2008 | 000 | 0000 | online | database |
|------|-----|------|--------|----------|

File an Annual Report - Order a Document Copy

**Certificates of Newly-elected Officers/Directors**     None

**Old Names**

| Change Date | Name |
|-------------|------|
| Current | BCP TRANSPORTATION, INC. |
| 05/04/2009 | BADGER EXPRESS EXPEDITED, INC. |

**Chronology**

| Effective Date | Transaction | Filed Date | Description |
|----------------|-------------|------------|-------------|
| 12/10/2001 | Incorporated/Qualified/Registered | 12/11/2001 | |
| 10/01/2003 | Delinquent | 10/01/2003 | |
| 04/22/2009 | Restored to Good Standing | 04/22/2009 | E-Form |
| 04/22/2009 | Change of Registered Agent | 04/22/2009 | FM16-E-Form |
| 05/04/2009 | Amendment | 05/05/2009 | Old Name = BADGER EXPRESS EXPEDITED, INC. |
| 08/09/2011 | Change of Registered Agent | 08/09/2011 | FM16-E-Form |
| 10/01/2012 | Delinquent | 10/01/2012 | |
| 10/15/2012 | Restored to Good Standing | 10/15/2012 | E-Form |
| 11/13/2017 | Change of Registered Agent | 11/13/2017 | Form16 OnlineForm |

Order a Document Copy

## RULE 222 (b) AFFIDAVIT

I, the undersigned, am the Plaintiff in this case and under penalties provided by the law pursuant to section 1-109 of the Code of Civil procedure certify that the damages sought in this lawsuit does/does not exceed Fifty Thousand Dollars ($50,000.00)



DEFENDANT'S
EXHIBIT

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
5/1/2019 10:04 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | (08/01/18) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Salah Daoudi
_____

(Name all parties)

v.

Thomas Porter, et al

2019L066023

Case No. _____

## ☑ SUMMONS ☐ ALIAS SUMMONS

To each Defendant: Thomas Porter
3136 Happy Valley Rd.
Sun Prarie, WI 53590

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of
which is hereto attached, or otherwise file your appearance and pay the required fee within thirty
(30) days after service of this Summons, not counting the day of service. To file your answer or
appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate
this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to
the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief
requested in the complaint.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service,
with endorsement of service and fees, if any, immediately after service. If service cannot be made,
this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30)
days after its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org



**DEFENDANT'S EXHIBIT**

E

CBCS Received 05/24/2019

Summons - Alias Summons                                    (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

5/1/2019 10:04 AM DOROTHY BROWN

Atty. No.: 41535

Atty Name: The Vrdolyak Law Group LLC

Atty. for: Plaintiff

Address: 100 N. Riverside Plaza Ste 2400

City: Chicago

State: IL    Zip: 60606

Telephone: 312-482-8200

Primary Email: jbickley@vrdolyak.com
nreed@vrdolyak.com

Witness: _____

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

**Civil Action Cover Sheet - Case Initiation**    (05/27/16)' CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

MACHINE TOOL BIDS LLC

v.

CRST INTERNATIONAL, INC., CRST MALONE, INC., and
NATIONWIDE EQUIPMENT TRANSPORTATION INC.

2019L005188

No. _____

FILED DATE: 5/13/2019 5:41 PM    2019L005188

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☐ Yes ☐ No

FILED
5/13/2019 5:41 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L005188

(FILE STAMP)

#### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road
  Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

#### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: _____
    (Attorney)                    (Pro Se)

#### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☒ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

#### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery
- ** 49 U.S.C. § 14706

Primary Email: ajdagostino@gct.law

Secondary Email: mebaker@gct.law

Tertiary Email: aprior@gct.law

Pro Se Only: ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the Clerk's Office for this case at this email address: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

32748:JMS

Attorney No. 41535

FILED
5/1/2019 10:04 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, SIXTH DISTRICT

| | |
|---|---|
| SALAH DAOUDI, ) | No. 2019L066023 |
| Plaintiff, ) | |
| vs. ) | |
| ) | Amount:  In Excess of Fifty Thousand |
| ) | Dollars ($50,000.00) plus costs of this |
| ) | suit |
| BCP TRANSPORTATION, INC. a foreign ) | |
| corporation, and THOMAS PORTER, ) | |
| ) | |
| Defendants. ) | Return Date: |
| ) | |

### COMPLAINT

NOW COMES the Plaintiff, SALAH DAOUDI, by and through his attorneys, THE

VRDOLYAK LAW GROUP, LLC, and complaining of the Defendants, BCP

TRANSPORTATION, INC., a foreign corporation, and THOMAS PORTER, states as follows:

### COUNT I - SALAH DAOUDI v. BCP TRANSPORTATION, INC.

1.     That on or about May 3, 2017 and at all relevant times herein, the Defendant,

BCP TRANSPORTATION, INC., was a foreign corporation organized and licensed to do

business and existing under the laws of the State of Illinois.

2.     That aforesaid time and place, an employee and/or authorized and/or ostensible

agent of the Defendant, BCP TRANSPORTATION, INC., operated, controlled and drove a

motor vehicle, traveling westbound on South Street, attempting to turn right onto Oak Park

1

Avenue, in Tinley Park, Illinois.

3.      That at the aforesaid time and place, and at all relevant times herein, the Defendant, BCP TRANSPORTATION, INC., owned and maintained said motor vehicle then and there operated, controlled and driven by said employee and/or authorized and/or ostensible agent of the Defendant, THOMAS PORTER.

4.      That at the aforesaid time and place, and at all relevant times herein, said employee and/or ostensible agent of the Defendant, THOMAS PORTER, operated, controlled and drove said motor vehicle with the knowledge, consent and express and/or implied permission of the Defendant, BCP TRANSPORTATION, INC.

5.      That at the aforesaid time and place, and all relevant times herein, said employee and/or authorized and/or ostensible agent of the Defendant, THOMAS PORTER, operated, controlled and drove said motor vehicle within the permission of the Defendant, BCP TRANSPORTATION, INC.

6.      That at the aforesaid time and place, and at all relevant times herein, the Defendant, BCP TRANSPORTATION, INC., had a right of control over said employee and/or authorized and/or ostensible agent, THOMAS PORTER, in the operation of the aforesaid motor vehicle.

7.      That at the aforesaid time and place, and at all relevant times herein, said employee and/or authorized agent of the Defendant, THOMAS PORTER, was conducting himself in such a manner as to cause members of the general public, including the Plaintiff, SALAH DAOUDI, to believe that he was an employee and/or authorized agent of the Defendant, BCP TRANSPORTATION, INC.

2

8.      That at the aforesaid time and place, the Plaintiff, SALAH DAOUDI, operated and controlled a motor vehicle, traveling in a westbound direction on South Street, attempting to make a right turn onto northbound Oak Park Avenue, Illinois.

9.      That at the aforesaid time and place, the Defendant, BCP TRANSPORTATION, INC., as owner and principal through its agent, said employee and/or ostensible agent, THOMAS PORTER, did then and there drive said motor vehicle into a violent collision with the aforesaid motor vehicle then and there driven by the Plaintiff, SALAH DAOUDI.

10.     That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for his own safety and the safety of others; that care being commensurate with his age, intellect and mental capacity and with the physical circumstances existent at such time and place.

11.     That the aforesaid time and place, the Defendant, BCP TRANSPORTATION, INC., as owner and principal through its agent, said employee and/or authorized and/or ostensible agent, THOMAS PORTER, owed a duty to the Plaintiff, SALAH DAOUDI, and to the public generally to exercise due and proper care and caution in the operation of said motor vehicle.

12.     That at the aforesaid time and place, the Defendant, BCP TRANSPORTATION, INC., as owner and principal through its agent, said employee and/or authorized and/or ostensible agent, THOMAS PORTER, breached the aforesaid duty to the Plaintiff, SALAH DAOUDI, through one or more of the following acts and /or omissions:

(a)     operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

(b)     failed to keep said motor vehicle under proper and sufficient control;

3

(c)      operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured; vehicle code violation don't force to turn right from the right lane 11-801 of MVC

(d)      operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(e)      failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

(f)      failed to yield the right-of-way to plaintiff's vehicle in violation of 625 ILCS 5/11-901;

13.      As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, BCP TRANSPORTATION, INC., the Plaintiff, SALAH DAOUDI, suffered injuries and damages, of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, SALAH DAOUDI, demands judgment against the Defendant, BCP TRANSPORTATION, INC., for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs of this suit.

## COUNT II - SALAH DAOUDI vs. THOMAS PORTER

1.      That on or about May 3, 2017 and at all relevant times herein, the Defendant, THOMAS PORTER, maintained, drove and controlled a motor vehicle, traveling westbound on South Street, attempting to turn right onto Oak Park Avenue, in Tinley Park, Illinois.

2.      That at the aforesaid time, and at all relevant times herein the Plaintiff, SALAH DAOUDI, maintained and controlled a motor vehicle, traveling in a westbound direction on South Street, attempting to make a right turn onto northbound Oak Park Avenue, Illinois.

3.      That at the aforesaid time and place, and at all relevant times herein, the

4

Defendant did then and there drive his motor vehicle into a violent collision with the vehicle Plaintiff was in.

4.     That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for his own safety and the safety of others; that care being commensurate with his age, intellect and mental capacity and with the physical circumstances existent at such time and place.

5.     At the aforesaid time and place and at all relevant times herein, the Defendant owed a duty to the Plaintiff, and to the public generally, to exercise due and proper care and caution in the operation of the said motor vehicle.

6.     That at the aforesaid time and place and all relevant times herein, the Defendant breached the aforesaid duty to the Plaintiff through one or more of the following negligent and careless acts and/or omissions:

(a)     operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

(b)     failed to keep said motor vehicle under proper and sufficient control;

(c)     operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured;

(d)     operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(e)     failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

(f)     failed to yield the right-of-way to plaintiff's vehicle in violation of 625 ILCS 5/11-901; same one as count 1

7.     As a direct and proximate result of one or more of the aforesaid negligent and

5

careless acts and/or omissions of the Defendant, THOMAS PORTER, the Plaintiff, SALAH
DAOUDI, suffered injuries and damages of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, SALAH DAOUDI, demands judgment against the
Defendant, THOMAS PORTER, for a sum in excess of FIFTY THOUSAND ($50,000.00)
DOLLARS, plus costs of this suit.

Attorney for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC**
Attorney for Plaintiff
100 N. Riverside Plaza, Suite 2400
Chicago, IL 60606
312-482-8200

6

SERVED PERSONAL SUBSTITUTE

5:00 P M THIS 23 DAY OF May 20 17
Town OF Bristol
DAVID J. MAHONEY
Deputy Sheriff

**Dane County Sheriff's Office**
115 W. Doty St., Room 902
Madison, WI

## COMPLIANCE NOTICE

To: _____

Re: Case # _____

Deputy Sheriff: **H. BELL**

This notice is to inform you to dispose of service of civil process.

Please call my cell (608) 576-8942 between the hours of 2:00pm - 7:00pm, Monday - Friday, or the 24 Hour Voice Mail (608) 284-6812 to arrange service.

If unable to contact me I will process papers at 2:00 PM Monday thru Friday - thank you.

If the person(s) in trouble does not reside here please call and advise.

H BELL 9072